UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, *as Trustee*, and THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP AND SAFETY FUND, AND BUILDING SERVICE 32BJ,

Plaintiffs,

-v.-

PROSEGUR SERVICES GROUP, INC. and PROSEGUR SERVICES GROUP, INC. *d/b/a* AVIATION SAFEGUARD,

Defendants.

---

23 Civ. 760 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On March 2, 2023, Plaintiffs obtained certificates of default against Defendants in this case. (Dkt. #16-17). Accordingly, Plaintiffs are **ORDERED** to move for a default judgment against Defendants by **March 31, 2023**. Specifically, Plaintiffs are directed to file the submissions detailed in Attachment A to this Court's Individual Rules of Practice in Civil Cases.

SO ORDERED.

Dated:   March 24, 2023
         New York, New York

                                    *Katherine Polk Failla*
                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge