UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, *as Trustee*, and THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP AND SAFETY FUND, AND BUILDING SERVICE 32BJ,

Plaintiffs,

-v.-

PROSEGUR SERVICES GROUP, INC. and PROSEGUR SERVICES GROUP, INC. *d/b/a* AVIATION SAFEGUARD,

Defendants.

23 Civ. 760 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On March 29, 2023, the Court entered an order to show cause why a default judgment should not be entered against Defendants in this case. (Dkt. #22). Accordingly, the initial pretrial conference scheduled to take place on April 11, 2023, is hereby **ADJOURNED** *sine die.*

SO ORDERED.

Dated:  April 5, 2023
        New York, New York

                                        *Katherine Polk Failla*
                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge