UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MANNY PASTREICH, as Trustee, *et al.*,

                                Plaintiff,                        **ORDER**

               -against-                         **23-cv-00760 (KPF) (JW)**

PROSEGUR SERVICES GROUP, INC., *et al.*,

                                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

District Judge Faillia referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendant Prosegur Services Group, Inc., and Prosegur Services Group, Inc. d/b/a Aviation Safeguard.

Accordingly, IT IS HEREBY ORDERED that, on or before **July 13, 2023**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before **August 11, 2023**, the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

      The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

      SO ORDERED.

Dated:      June 13, 2023
             New York, New York

                                                         *Jennifer E. Willis*
                                                   JENNIFER E. WILLIS
                                                   United States Magistrate Judge