UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANNY PASTREICH, *as Trustee*, and THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP AND SAFETY FUND, AND BUILDING SERVICE 32BJ,<br><br>Plaintiffs,<br><br>-v.-<br><br>PROSEGUR SERVICES GROUP, INC. and PROSEGUR SERVICES GROUP, INC. *d/b/a* AVIATION SAFEGUARD,<br><br>Defendants. | 23 Civ. 760 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to attend a telephonic conference on Defendants' pending motion to set aside the default and default judgment in this action. (Dkt. #36). The conference will be held on **July 12, 2024**, at **3:00 p.m.**, and the dial-in information is as follows: At 3:00 p.m., the parties are to call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated: July 10, 2024
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge