UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, *as Trustee*, and THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP AND SAFETY FUND, AND BUILDING SERVICE 32BJ,

Plaintiffs,

-v.-

PROSEGUR SERVICES GROUP, INC. and PROSEGUR SERVICES GROUP, INC. *d/b/a* AVIATION SAFEGUARD,

Defendants.

23 Civ. 760 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

Due to a conflict in the Court's calendar, the conference currently scheduled for September 17, 2024, is hereby ADJOURNED to **September 19, 2024**, at **3:30 p.m.** As before, the conference will be telephonic. The dial-in information is as follows: On September 19, at 3:30 p.m., the parties shall call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated: September 12, 2024
New York, New York

KATHERINE POLK FAILLA
United States District Judge